UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRANS WORLD SOURCING, INC., *Plaintiff*, | § § § | |
| vs. | § § | CIVIL ACTION H-05-3256 |
| SYSTEM LINE CARGO, *et al.* *Defendants.* | § § § | |

## ORDER

Before the court is defendant System Line Cargo's motion to dismiss and alternative motion to transfer this case to the Southern District of Florida (Dkt. 19). This motion is largely predicated on a bill of lading containing a forum selection clause which was attached to the motion. In response, plaintiff Trans World Sourcing, Inc. has submitted an affidavit that the bill of lading proffered by System Line is not the contract agreed to by the parties. Thus, there is a question of fact whether the bill of lading attached to the motion is the relevant bill of lading.

Therefore, defendant's motion is DENIED.

Signed on August 3, 2006, at Houston, Texas.

_____
Gray H. Miller
United States District Judge